UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re TONY GIOVANNYI JOSEPH, 90795, Plaintiff. | Case No. 23-cv-01009-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

    This civil action by a <u>pro se</u> prisoner was filed on March 6, 2023. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not file an actual complaint or pay the requisite $402.00 filing fee or, instead, submit a signed and completed court-approved <u>in forma pauperis</u> application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of this action.

    More than 35 days later, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. This action accordingly is DISMISSED without prejudice.

    The clerk is directed to close the case and terminate all pending motions as moot.

    **IT IS SO ORDERED**.

Dated: April 13, 2023

_____
CHARLES R. BREYER
United States District Judge